IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

INEZ C. BRACY,

      Appellant,

v.

      Case No.  5D21-1229
      LT Case No. 2019-11396-CIDL

VICTORIA GARDENS HOMEOWNERS
ASSOCIATION, INC.,

      Appellee.
_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Volusia County,
Kathryn D. Weston, Judge.

Inez C. Bracy, Deland, pro se.

Jan T. Williams, of Lapin & Leichtling,
LLP, Jacksonville, and Carlos R. Arias,
of Arias Bosinger, PLLC, Winter Park,
for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, SASSO and WOZNIAK, JJ., concur.